

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2015

No. 04-15-00058-CR

Cynthia Torres **LEAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 12-08-00087-CRF
Honorable Donna S. Rayes, Judge Presiding

## ORDER

     The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to January 22, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Justin A. Fischer             Marc S. Ledet
Law Office of Justin A. Fischer    Assistant District Attorney
8000 IH-10W, Ste. 1500         81st/218th Judicial District Of Texas
San Antonio, TX 78230          1327 3rd Street
                             Floresville, TX 78026